UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ANTHONY POMONIS,<br><br>Defendant. | Case No. 2:19-CR-137-RSL<br><br>ORDER GRANTING UNOPPOSED MOTION TO CONTINUE TRIAL AND PRETRIAL MOTIONS DUE DATE |

This matter comes before the Court on defendant Anthony Pomonis's "Unopposed Motion to Continue Trial and Pretrial Motions Due Date." Dkt. #19. Having considered the facts set forth in the motion, and defendant's knowing and voluntary waiver, the Court finds as follows:

1. The Court adopts the facts set forth in the unopposed motion; specifically, that defense counsel has multiple trials scheduled between September 2019 and January 2020 and needs additional time to review discovery and interview witnesses. The Court accordingly finds that a failure to grant a continuance would deny counsel, and any potential future counsel, the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, within the meaning of 18 U.S.C. § 3161(h)(7)(B)(iv).

2. The Court finds that a failure to grant a continuance would likely result in a miscarriage of justice, as set forth in 18 U.S.C. § 3161(h)(7)(B)(i).

ORDER GRANTING UNOPPOSED MOTION TO CONTINUE
TRIAL AND PRETRIAL MOTIONS DUE DATE - 1

3. The Court finds that the additional time requested between September 23, 2019, and the proposed trial date of February 24, 2020 is a reasonable period of delay, as defense counsel has multiple trials scheduled between September 2019 and January 2020 and needs additional time to review discovery and interview witnesses. The Court finds that this additional time is necessary to provide defense counsel reasonable time to prepare for trial, considering all the facts set forth above.

4. The Court further finds that this continuance would serve the ends of justice, and that these factors outweigh the best interests of the public and defendant in a speedier trial, within the meaning of 18 U.S.C. § 3161(H)(7)(A).

5. Defendant has signed a waiver[1] indicating that he has been advised of his right to a speedy trial and that, after consulting with counsel, he has knowingly and voluntarily waived that right and consented to the continuation of his trial to a date up to and including March 9, 2020, Dkt. #20, which will permit trial to start on February 24, 2020, per defense counsel's request.

IT IS HEREBY ORDERED that the trial date be continued from September 23, 2019 to February 24, 2020.

IT IS FURTHER ORDERED that the pretrial motions deadline be continued to November 15, 2019.

IT IS FURTHER ORDERED that the period of time from the current trial date of September 23, 2019, up to and including March 9, 2020, shall be excludable time pursuant to the 18 U.S.C. § 3161, *et seq*. The period of delay attributable to this filing and granting of this motion is excluded for speedy trial purposes pursuant to 18 U.S.C. §§ 3161(h)(1)(D), (h)(7)(A), and (h)(7)(B).

---

[1] The caption on the waiver erroneously names "Dennis Peltier" as the defendant instead of Anthony Pomonis. However, the waiver itself and the signature line both name Pomonis. Dkt. #20.

1  DATED this 21st day of August, 2019.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge