UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>v.<br><br>ANTHONY POMONIS,<br><br>Defendant | Case No. 19-137-RSL<br><br>ORDER TO RETURN GREEK PASSPORT |

The Clerk is directed to return to Mr. Pomonis or his attorney his Greek passport which was surrendered to the Clerk on June 27, 2019.

Dated this 22nd day of April, 2022

*/s/ Robert S. Lasnik*
Hon. Robert S. Lasnik
United States District Judge

ORDER TO RETURN GREEK PASSPORT - 1

CAMIEL & CHANEY, P.S.
520 PIKE STREET, SUITE 2500
SEATTLE, WA 98101
PETER A. CAMIEL (206) 624-1551
CATHERINE A. CHANEY (206) 343-7642